

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 7/21/2025

*The Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10278*

July 21, 2025

**BY ECF**

Honorable Mary Kay Vyskocil
United States District Judge
Southern District of New York
500 Pearl Street, Courtroom 18C
New York, NY 10007

    **Re:**    ***United States v. Zbigniew Mark Slupinski*, 20 Cr. 472 (MKV)**

Dear Judge Vyskocil:

    The Government respectfully writes to request an extension of the deadline for the Government to complete production of Rule 16 discovery, currently set for July 28, 2025 (Dkt. 14), to August 4, 2025, given the parties' active efforts to reach a pretrial resolution of this matter. The defense consents to this request.

                  Very truly yours,

                  JAY CLAYTON
                  United States Attorney

        By: /s/_____
                  Kevin Grossinger
                  Sarah L. Kushner
                  Assistant United States Attorneys
                  (212) 637-2426/2676

> **GRANTED. The deadline for the Government to complete production of Rule 16 discovery is extended from July 28, 2025 to August 4, 2025 in light of the parties' representations that they are in "active efforts to reach a pretrial resolution of this matter." The parties are on notice that the other deadlines set in this matter will not be adjourned due to this extension.**
>
> **SO ORDERED.**
>
> Date: 7/21/2025
> New York, New York
>
> *Mary Kay Vyskocil*
> Mary Kay Vyskocil
> United States District Judge