USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:__1/9/2026____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

v.

ZBIGNIEW SLUPINSKI,

Defendant.

**Consent Order of Restitution**

20 Cr. 472 (MKV)

Upon the application of the United States of America, by its attorney, Jay Clayton, United States Attorney for the Southern District of New York, Kevin Grossinger and Sarah Kushner, Assistant United States Attorneys, of counsel; the presentence investigation report; the defendant's conviction on Count One of the Indictment; and all other proceedings in this case, it is hereby ORDERED that:

1.    **Amount of Restitution**

ZBIGNIEW SLUPINSKI, the defendant, shall pay restitution in the total amount of $17,402.33, pursuant to 18 U.S.C. §§ 3663 and 3663A, to the victim of the offense charged in Count One.  The name, address, and specific amount owed to the victim is set forth in the Schedule of Victims, attached hereto as Schedule A.   Upon advice by the United States Attorney's Office of a change of address of the victim, the Clerk of Court is authorized to send payments to the new address without further order of this Court.

2.    **Schedule of Payments**

Pursuant to 18 U.S.C. § 3664(f)(2) (incorporating § 3572), in consideration of the financial resources and other assets of the defendant, including whether any of these assets are jointly controlled; projected earnings and other income of the defendant; and any financial obligations of the defendant; including obligations to dependents, the defendant shall pay restitution in the

2025.02.20

manner and according to the schedule that follows:  The total amount of restitution is due and payable immediately pursuant to 18 U.S.C. § 3572(d)(1) upon entry of this judgment.

This schedule is without prejudice to the Government taking enforcement actions, pursuant to 18 U.S.C. §§ 3613 and 3664(m)(1)(A), to the extent warranted.

### 3.    Payment Instructions

The defendant shall make restitution payments by certified check, money order, or online. Instructions for online criminal debt payments are available on the Clerk of Court's website at https://nysd.uscourts.gov/payment-information#PaymentofCriminalDebt.  Checks and money orders shall be made payable to the "SDNY Clerk of Court" and mailed or delivered to: United States Courthouse, 500 Pearl Street, New York, New York 10007 - Attention: Cashier, as required by 18 U.S.C. § 3611.  The defendant shall write his name and the docket number of this case on each check or money order.

### 4.    Change in Circumstances

The defendant shall notify, within 30 days, the Clerk of Court, the United States Probation Office (during any period of probation or supervised release), and the United States Attorney's Office, 86 Chambers Street, 3rd Floor, New York, New York 10007 (Attn: Financial Litigation Program) of (1) any change of the defendant's name, residence, or mailing address or (2) any material change in the defendant's financial resources that affects the defendant's ability to pay restitution in accordance with 18 U.S.C. § 3664(k).

### 5.    Term of Liability

The defendant's liability to pay restitution shall terminate on the date that is the later of 20 years from the entry of judgment or 20 years after the defendant's release from imprisonment, as provided in 18 U.S.C. § 3613(b).  Subject to the time limitations in the preceding sentence, in the event of the death of the defendant, the defendant's estate will be held responsible for any unpaid

balance of the restitution amount, and any lien filed pursuant to 18 U.S.C. § 3613(c) shall continue

until the estate receives a written release of that liability.

AGREED AND CONSENTED TO:

JAY CLAYTON
United States Attorney for the
Southern District of New York

By: _____    October 9, 2025
  Kevin Grossinger         DATE
  Sarah Kushner
  Assistant United States Attorneys

By: _____    1/9/26
  Zbigniew Slupinski       DATE

By: _____    1/9/26
  Toni Messina, Esq.        DATE
  Counsel to Zbigniew Slupinski

SO ORDERED:

_____    1/9/2026
HON. MARY KAY VYSKOCIL    DATE
UNITED STATES DISTRICT JUDGE

2025.02.20        3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | **Schedule of Victims** |
|---|---|
| v. | 20 Cr. 472 (MKV) |
| ZBIGNIEW SLUPINSKI, | |
| Defendant. | |

| Victim Name | Address | Amount of Restitution |
|---|---|---|
| Anna Lutsenko | ███████████████ | $17,402.33 |

2025.02.20